IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

_____

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTION LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>RULE 7.1 DISCLOSURE STATEMENT<br><br>This Document Relates to:<br>2:25-cv-00680-RMG |

_____

DEFENDANT NAN YA PLASTICS CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nan Ya Plastics Corporation states that Nan Ya Plastics Corporation is a publicly-held corporation and no publicly-held corporation owns 10% or more of Nan Ya Plastic Corporation's stock.

Respectfully submitted,

s/ Stan Barnett

_____
Stan Barnett  Fed. ID # 5306
Stan Barnett, Attorney at Law
305 North Civitas Street
Mt. Pleasant, SC 29464
843-708-4887
Stan.barnett@yahoo.com
*Counsel for Nan Ya Plastics Corporation*

March 5, 2025
Mount Pleasant, SC